UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DERRICK WEI CHEN GAN,<br><br>　　Petitioner-Plaintiff,<br><br>v.<br><br>CHAD WOLF, et al.,<br><br>　　Respondents-Defendants. | Case No.: 2:20-cv-00947-APG-NJK<br><br>**Second Order for Service and Briefing Schedule** |

　　Petitioner Derrick Wei Chen Gan has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1.  On May 29, 2020, I ordered the Clerk to serve copies of the petition and its attachments and my order upon the defendants. ECF No. 3.  Apparently the Clerk's office failed to do so, so the documents were not properly served on the defendants.  I therefore must enter a new order with new deadlines, as set forth below.

　　I THEREFORE ORDER the Clerk to **SERVE** copies of the petition and its attachments (ECF No. 1) and this order upon the respondents-defendants as follows:

　　1.　By having the United States Marshal, **before the close of business on June 10, 2020,** serve a copy of the petition and its attachments (ECF No. 1), my prior order (ECF No. 3) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney under Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.

　　2.　And, by sending a copy of the petition and its attachments (ECF No. 1), my prior order (ECF No. 3) and this order by registered or certified mail to the following:

(1) Robert Culley, Field Office Director, U.S. Immigration and Customs Enforcement, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119; and

(2) Chad Wolf, Acting Secretary for the Department of Homeland Security, 245 Murray Lane SW, Washington, D.C. 20528.

I FURTHER ORDER that the respondents-defendants **SHALL FILE AND SERVE** an answer to the petition (ECF No. 1) **by June 15, 2020**, unless for good cause additional time is allowed.

I FURTHER ORDER that if respondents-defendants file an answer to the petition, Petitioner-plaintiff Derrick Wei Chen Gan will have seven days to file a reply to the answer.

I FURTHER ORDER that all exhibits filed by any party shall be filed with a **separate index of exhibits** identifying the exhibits by number or letter.  The CM/ECF attachments that are filed further shall be identified by the number or letter of the exhibits in the attachment.  For this case, **NO PAPER COURTESY COPIES** are required.

Dated: June 9, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE