UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DERRICK WEI CHEN GAN,<br><br>　　Petitioner-Plaintiff,<br><br>v.<br><br>CHAD WOLF, et al.,<br><br>　　Respondents-Defendants. | Case No.: 2:20-cv-00947-APG-NJK<br><br>**Order Granting Motion<br>for Extension of Time**<br><br>[ECF No. 10] |

　　On June 9, 2020, I ordered the respondents-defendants to file and serve an answer to petitioner-plaintiff Derrick Wei Chen Gan's petition for a writ of habeas corpus by June 15, 2020. ECF No. 5. The respondents-defendants have moved for a four-day extension of time to file their answer, so they can gather relevant information to present. ECF No. 10. I will grant the motion and encourage the parties, in the meantime, to try to negotiate a resolution of this dispute. Due to the nature of the petition, further extension requests are discouraged.

　　I THEREFORE ORDER that the respondents-defendants' motion for extension of time **(ECF No. 10) is granted**. The respondents-defendants will have until June 19, 2020 to file and serve an answer to the petition. Gan will have up to seven days thereafter to file a reply to the answer.

　　Dated: June 15, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE